

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-31,789-03

### IN RE DONNIS RAY HANCOCK, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1471570 IN THE 178TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original

jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus

in the 178th District Court of Harris County and the application has not yet been forwarded to this

Court.

Respondent, the District Clerk of Harris County, shall forward Relator's habeas application

to this Court, respond that Relator has not filed a habeas application in Harris County, or forward

a copy of an order designating issues together with correspondence documenting the date the State

received Relator's habeas application, or forward a copy of an order establishing new deadlines in

accordance with this Court's emergency orders regarding the COVID-19 State of Disaster. *See* Tex. Code Crim. Proc. art. 11.07, § 3(c) and (d); Tex. R. App. P. 73.4(b)(5); *Thirty-Eighth Emergency Order Regarding the Covid-19 State of Disaster,* No. 21-9060 (Tex. May. 26, 2021). This motion for leave to file will be held.

Filed: October 20, 2021
Do not publish